# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JIMMIE L. STRINGER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | No. 16-cv-00512-DRH |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER TO SHOW CAUSE

**HERNDON, District Judge**:

This matter comes before the Court for case management. On May 10, 2016, petitioner filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (doc. 1). In said petition, petitioner challengers his status as a career offender based upon *Johnson v. United States*, 135 S. Ct. 2251 (2015). In accordance with this District's Administrative Order No. 176, the Court appointed the Federal Public Defender (FPD) to represent petitioner. Now the Assistant FPD – having determined no non-frivolous basis for seeking the relief petitioner seeks – has moved to withdraw his appearance (doc. 12). A copy of said motion was provided to petitioner by the Assistant FPD.

According to this Court's procedure, petitioner has 30 days in which to respond to the Assistant FPD's Motion to Withdraw. The Court hereby **DIRECTS** petitioner – on or before February 22, 2018 – to file in this Court a Response **SHOWING CAUSE** (i.e. a valid reason) why the undersigned should not grant the

Assistant FPD's motion to withdraw and deny petitioner's § 2255 petition. The Government may, but is not required to, file any response to the Assistant FPD's motion by the same date.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to petitioner at his last known address.

**IT IS SO ORDERED.**

Judge Herndon
2018.01.23 16:49:35
-06'00'

United States District Court